IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRYON NOBLE, #2060119 | § § | |
| VS. | § § | CIVIL ACTION NO. 4:16cv910 |
| WILL RAMSAY, ET AL. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court.

It is therefore **ORDERED** that the Motion for Dismissal and Nonsuit (Dkt. #9) is **GRANTED** and the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this 2nd day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE